IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| BECKY J. WRIGHT, et al., | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 06-04183-CV-C-NKL |
| | ) | |
| AMERICAN HOME PRODUCTS | ) | May 1, 2008 |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MINUTE SHEET

HONORABLE Nanette K. Laughrey presiding at Kansas City, Missouri.
========================================================================
Nature of Proceeding: Teleconference
Time: 3:45 p.m. - 4:13 p.m.

Plaintiff: Keith Jensen and David Peterson
Defendant: Anand Agneshwar

Comments:

Teleconference held regarding Plaintiffs' Motion for Reconsideration and Clarification of 4/30/08 Limine Ruling (Doc. 194). The Court clarified the Order entered on April 30, 2008. Plaintiff can not argue that Wyeth could change the label without the approval of the FDA.

Court Reporter: Katie Wirt          By: Renea Kanies, Courtroom Deputy